ACCEPTED
15-24-00052-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/12/2025 7:20 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00052-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/12/2025 7:20:19 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH DISTRICT COURT OF APPEALS (AUSTIN)

Richard M. YOUNG, Jr. a/k/a Richard Young,
*Appellant*

*vs.*

TEXAS PARKS & WILDLIFE DEPARTMENT, et al.,
*Appellees.*

## APPELLANT'S UNOPPOSED SECOND MOTION FOR EXTENSION TO FILE REPLY BRIEF

Appellant Richard M. Young a/k/a Richard Young ("Young") has a Reply Brief due to this Court on February 18, 2025. Due to unforeseen health issues (head injury),[1] the undersigned needs more time to prepare a Reply Brief responsive to the Brief filed by Appellees. Thus, Young respectfully requests this Court grant him a 20-day extension to file his

---

[1] The undersigned has had to spend extra time on testing (MRI w/o contrast, MRI w/contrast, CT w/o contrast, & CT w/contrast) over the past three weeks due to a head injury. The undersigned, based on this injury, has lost multiple work days to medical appointments to address this injury and to attend the multitude of testing ordered by medical professionals. Due to the significant issues presented by this case, some of which are issues of first impression for Texas law, the undersigned has been denied the time needed to properly brief a responsive filing in this extraordinary case.

1

Reply Brief, which would make Young's Reply Brief due on March 10, 2025. Appellees are unopposed to this Motion.

Respectfully submitted,

Kimberly S. Keller
KELLER STOLARCZYK PLLC
215 W. Bandera Road
No. 114-PMB 800
Boerne, Texas 78006
Tele: 830.981.5000
/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
Email: kim@kellsto.com

**APPELLANT'S COUNSEL**

## CERTIFICATE OF CONFERENCE & SERVICE

On February 12, 2025, I conferred with Ian Lancaster, opposing counsel, who advised Appellees are opposed to this Motion; further, on this same date, this Motion was served on those listed below through this Court's e-filing service:

### *Counsel for Appellees:*

KEN PAXTON, Attorney General of Texas; BRENT WEBSTER, First Asst. Attorney General; JAMES LLOYD, Deputy Attorney General for Civil Litigation; KELLIE E. BILLINGS-RAY, Chief, Environmental Protection Division, OFFICE OF THE ATTORNEY GENERAL, Environmental Protection Division, P.O. Box 12548, MC066, Austin, Texas 78711-2548

IAN LANCASTER, Asst. Attorney General, Email:
ian.lancaster@oag.texas.gov

H. CARL MYERS, Asst. Attorney General, Email:
carl.myers@oag.texas.gov

HEATHER COFFEE, Asst. Attorney General, Email:
heather.coffee@oag.texas.gov


***Counsel for Texas Animal Health Commission:***

KAREN L. WATKINS, Asst. Attorney General, Administrative Law
Division, Office of the Attorney General, P.O. Box 12548, Austin, Texas
78711, Email: karen.watkins@oag.texas.gov


/s/Kimberly S. Keller
Kimberly S. Keller

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kimberly Keller on behalf of Kimberly Keller
Bar No. 24014182
kim@kellsto.com
Envelope ID: 97320358
Filing Code Description: Motion
Filing Description: Appellant's UNOPPOSED Second Extension (Based on Health Reasons) to File Reply Brief
Status as of 2/13/2025 7:17 AM CST

Associated Case Party: State Of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 2/12/2025 7:20:19 PM | SENT |
| Ian Lancaster | | ian.lancaster@oag.texas.gov | 2/12/2025 7:20:19 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 2/12/2025 7:20:19 PM | SENT |
| H. CarlMyers | | Carl.Myers@oag.texas.gov | 2/12/2025 7:20:19 PM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 2/12/2025 7:20:19 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen LWatkins | | karen.watkins@oag.texas.gov | 2/12/2025 7:20:19 PM | SENT |
| Kimberly SKeller | | kim@kellsto.com | 2/12/2025 7:20:19 PM | SENT |